

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00491-CR

Felicia Renee **AKINS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 213th District Court, Tarrant County, Texas
Trial Court No. 1250943D
The Honorable Louis E. Sturns, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 10, 2013.

Marialyn Barnard, Justice